FILED

SEP 05 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____DEP____

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )          ЈAD
     v.                            )   2:13-CR-208-~~GMN~~-(CWH)
                                   )
MICHAEL PATRICK HANNA,             )
                                   )
          Defendant.               )
                                   )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on September 5, 2013, defendant MICHAEL PATRICK HANNA pled guilty to Count One of a Two-Count Criminal Indictment charging him with Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. ___.

This Court find defendant MICHAEL PATRICK HANNA agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment and the Plea Agreement. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. ___.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment, the Plea Agreement, and the offense to which defendant MICHAEL PATRICK HANNA pled guilty. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. ___.

. . .

1    The following assets are subject to forfeiture pursuant to Title 18, United States Code,

2    Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

3         1.   a Beretta 12 gauge shotgun bearing serial number E91642B; and

4         2.   any and all ammunition (all of which constitutes "property").

5    This Court finds the United States of America is now entitled to, and should, reduce the

6    aforementioned property to the possession of the United States of America.

7    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

8    United States of America should seize the aforementioned property.

9    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

10   MICHAEL PATRICK HANNA in the aforementioned property is forfeited and is vested in the

11   United States of America and shall be safely held by the United States of America until further order

12   of the Court.

13   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

14   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

15   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

16   the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

17   the name and contact information for the government attorney to be served with the petition,

18   pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

19   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

20   filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

21   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

22   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

23   following address at the time of filing:

24        Michael A. Humphreys
          Assistant United States Attorney
25        Daniel D. Hollingsworth
          Assistant United States Attorney
26        Lloyd D. George United States Courthouse
          333 Las Vegas Boulevard South, Suite 5000
          Las Vegas, Nevada 89101

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3  following publication of notice of seizure and intent to administratively forfeit the above-described

4  property.

5    DATED this _5th_ day of _September_, 2013.

UNITED STATES DISTRICT JUDGE