UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:13-CR-208-JAD-(CWH) |
| MICHAEL PATRICK HANNA, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights expired in the property listed in the Preliminary Order of Forfeiture (ECF No. 20).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property listed in the Preliminary Order of Forfeiture (ECF No. 20) will not revert back to the defendant and/or any person(s) acting in concert with him and/or on his behalf.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 11, 2013.