FILED

JAN 27 2014

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-208-JAD-(CWH) |
| MICHAEL PATRICK HANNA, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE AS TO MICHAEL PATRICK HANNA

On September 5, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant MICHAEL PATRICK HANNA to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 18; Preliminary Order of Forfeiture, ECF No. 20; Plea Agreement, ECF No. 21.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States

. . .

. . .

. . .

. . .

. . .

. . .

1  Code, Section 2461(c) that the forfeiture of the property named in the Preliminary Order of Forfeiture
2  is final as to defendant MICHAEL PATRICK HANNA.

3      DATED this ___ day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE