# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL PATRICK HANNA, ) <br> ) <br> Defendant. ) | Case No. 2:13-cr-00208-JAD-CWH <br><br> **ORDER** |

Presently before the court is the government's Motion to Strike Defendant Hanna's Notice of Assertion of Right to be Present in Court Unshackled (ECF No. 63), filed on July 19, 2017. Defendant did not file a response.

The court held a hearing regarding the revocation of Defendant's supervised release and imposed a sentence on August 28, 2017. (Mins. of Proceedings (ECF No. 70)). Given that the "right to be free from unwarranted restraints" applies in the pretrial, trial, and sentencing phases of a case, and that Defendant has already been sentenced, the court will deny the government's motion as moot. *United States v. Sanchez-Gomez*, 859 F.3d 649, 660-61 (9th Cir. 2017).

IT IS THEREFORE ORDERED that the government's Motion to Strike Defendant Hannah's Notice of Assertion of Right to be Present in Court Unshackled (ECF No. 63) is DENIED as moot.

DATED: December 5, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**